1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar # 322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FRANCISCO JAVIER TORRES
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No.  1:23-cr-142-JLT-SKO-001

12            Plaintiff,                **STIPULATION TO MODIFY PRETRIAL
                                        RELEASE CONDITIONS; ORDER**
13  vs.

14                                      Judge:  Hon. Stanley A. Boone
    FRANCISCO JAVIER TORRES
15
              Defendant.
16

17         On July 10, 2023, a complaint was filed charging Mr. Torres with a violation of 21 U.S.C

18  § 841(a)(1). ECF Dckt. # 1. An initial appearance on the indictment was held the same day. Id. At

19  Mr. Torres's July 12, 2023 detention hearing, the Court ordered Mr. Torres released on several

20  conditions. ECF Dckt. # 9, 10, 11.  One of those conditions is location monitoring and a curfew.

21  ECF Dckt. # 11, p. 2. As is pertinent to this stipulation, condition # 7(n) set forth on page 2, on

22  Docket # 11, sets forth the terms of Mr. Torres' curfew condition. He is "restricted to [his]

23  residence every day from 9:00 p.m. to 6:00 a.m."

24         Mr. Torres, through counsel, Griffin Estes Assistant Federal Defender, and the United

25  States Attorney Justin Gilio hereby stipulate to modify the conditions of pretrial release, to amend

26  condition 7(n) so that he is restricted to his house from 9:00 p.m. to 4:00 a.m. Pretrial services has

27  been contacted regarding this modification and pretrial services has no objection.

28

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  July 27, 2023          */s/ Justin Gilio*
                              JUSTIN GILIO
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated:  July 27, 2023          HEATHER E. WILLIAMS
                              Federal Defender

                              */s/  Griffin Estes*
                              GRIFFIN ESTES
                              Assistant Federal Defender
                              Attorney for Defendant
                              FRANCISCO JAVIER TORRES

## **O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Torres's conditions of release is hereby accepted and adopted as the order of this Court. Condition #7(n) of his pretrial release conditions is hereby modified so that the curfew is in effect from 9:00 p.m. to 4:00 a.m.  All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 27, 2023**

_____
UNITED STATES MAGISTRATE JUDGE