HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO JAVIER TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:23-cr-142-JLT-SKO-001 |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER** |
| vs. | |
| FRANCISCO JAVIER TORRES | Judge:  Hon. Barbara A. McAuliffe |
| Defendant. | |

On July 10, 2023, a complaint was filed charging Mr. Torres with a violation of 21 U.S.C § 841(a)(1). ECF Dckt. # 1. An initial appearance on the indictment was held the same day. Id. At Mr. Torres's July 12, 2023 detention hearing, the Court ordered Mr. Torres released on several conditions. ECF Dckt. # 9, 10, 11. On July 27, 2023, the parties filed a stipulation to modify the terms of Mr. Torres' curfew. ECF Dckt. # 17. The court accepted the stipulation and modified the terms of his pre-trial release. ECF Dckt. # 18.

Mr. Torres is a local truck driver who operates in the Los Angeles area. Mr. Torres works through a dispatcher who assigns work to drivers who are able to respond to requests to pick up and deliver materials. Mr. Torres does not have a fixed schedule and has work opportunities at inconsistent times. For instance, Mr. Torres has an offer of employment that begins at 7 p.m. and lasts approximately 6 hours. This job is temporary, however. Mr. Torres expects that his schedule will shift depending on the work that is offered to him. The curfew requirement will prevent him

from working on some occasions. The Government has received documentation that proves Mr. Torres's work conditions and schedule. The parties agree that location monitoring and a curfew are not necessary to reasonably assure Mr. Torres' appearance and to mitigate any dangerousness.

Mr. Torres, through counsel, Griffin Estes Assistant Federal Defender, and the United States Attorney Justin Gilio hereby stipulate to modify the conditions of pretrial release, to remove the location monitoring and curfew set forth at paragraph 7(n). ECF Dckt. # 11, *as modified by* ECF Dckt. # 18.  Pretrial Services has no objection to the modification.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  August 10, 2023            */s/ Justin Gilio*
                                   JUSTIN GILIO
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


Dated:  August 10, 2023            HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/  Griffin Estes*
                                   GRIFFIN ESTES
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   FRANCISCO JAVIER TORRES

## O R D E R

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Torres's conditions of release is hereby accepted and adopted as the order of this Court. Condition #7(n) is hereby removed from Mr. Torres's conditions of release.  All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 10, 2023**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE