HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO JAVIER TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER TORRES<br><br>Defendant. | Case No.  1:23-cr-00142-JLT-SKO-001<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER**<br><br>Judge:  Hon. Barbara A. McAuliffe |

On July 10, 2023, a complaint was filled charging Mr. Torres with a violation of 21 U.S.C § 841(a)(1). ECF Dckt. # 1. An initial appearance on the indictment was held the same day. *Id*. At Mr. Torres's July 12, 2023 detention hearing, the Court ordered Mr. Torres released on several conditions. ECF Dckt. # 9, 10, 11. One of those conditions was that Mr. Torres post the title of his truck as collateral. ECF Dckt. # 11, Condition 7(m). Mr. Torres posted the title of that truck. ECF Dckt. # 7 ("Certificate of Title - Pink Slip, 2010 Intl Truck, CA LIC# 31057W2, VIN# 183858"). The parties hereby stipulate that Mr. Torres can exchange the title that is currently on collateral with a unsecured bond, signed by Mr. Torres, in the amount of $20,000. Pretrial services approves the proposed modification.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: August 29, 2024        */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


Dated: August 29, 2024        HEATHER E. WILLIAMS
Federal Defender

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
FRANCISCO JAVIER TORRES

**O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Torres's conditions of release is hereby accepted and adopted as the order of this Court. Condition #7(m) is hereby modified so that Mr. Torres may post an unsecured bond of $20,000 in place of the Title for the 2010 Prostar. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 29, 2024**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Torres – Stipulation                                -2-