HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO JAVIER TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER TORRES,<br><br>Defendant. | Case No.  1:23-cr-00142-JLT-SKO<br><br>DEFENDANT'S MOTION TO EXONERATE BOND; ORDER<br><br>Judge: Hon. Sheila K. Oberto |

Defendant Francisco Javier Torres hereby moves this Court to exonerate the cash bond that was posted in this matter, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #8.

On July 10, 2023, Mr. Torres was charged in a criminal complaint in the Eastern District of California. *See* Dkt. #1. Mr. Marquez was arrested and made his initial appearance on December 16, 2020. *See* Dkt. #3. On July 12, 2023, a detention hearing was held in this matter. *See* Dkt. #9. At the detention hearing, Mr. Torres was ordered released from custody on a term and condition that included the posting of a $5,000 cash bond. Dkt. #9, #11. The cash bond was posted by Mr. Jose Alberto Leon. *See* Dkt. #8. The receipt numbers for the bond are: 100000805, 100000806, 100000807, 100000808, & 100000809. Dkt. # 8.

//

Since that time, Mr. Torres was remanded into custody at a hearing on a pretrial release violation petition. *See* Dkt. #39. Mr. Torres remains in custody pending the disposition of his matter. Mr. Torres entered a guilty plea at hearing on December 2, 2024. *See* Dkt. #49.

Since Mr. Torres is no longer on pretrial release and no conditions remain to be satisfied, Mr. Torres hereby moves the court for an order exonerating the sureties who posted the $5,000 bond. Mr. Jose Alberto Leon, who posted bond on Mr. Torres' behalf on July 12, 2023, receipt #'s 100000805, 100000806, 100000807, 100000808, & 100000809.

The government has no objection to this motion to exonerate the cash bond in this case. Accordingly, since no conditions remain to be satisfied and exoneration of the cash bond is in the interest of justice, it is requested that the Court exonerate the cash bond and order the return of the funds to Jose Alberto Leon.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2024        /s/ *Griffin Estes*
                              GRIFFIN ESTES
                              Assistant Federal Defender
                              Attorney for Defendant
                              FRANCISCO JAVIER TORRES

**ORDER**

IT IS SO ORDERED that the Clerk of the Court shall exonerate the $5,000 cash bond plus accrued interest (receipt #'s 100000805, 100000806, 100000807, 100000808, & 100000809 posted by Jose Alberto Leon) be made payable to and mailed to Mr. Leon at 418 1/2 N Chicago St., Los Angeles, CA, 90033.

IT IS SO ORDERED.

DATED: 12/2/2024

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge